STATE of Missouri,
Plaintiff/Respondent,

v.

Troy L. JONES, Jr.,
Defendant/Appellant.

No. ED 98034.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 18, 2012.

Robert D. Bartholomew, Jr., Jefferson City, MO, for Plaintiff/Respondent.

James M. McClellan, Sikeston, MO, for Defendant/Appellant.

Before CLIFFORD H. AHRENS, P.J., SHERRI B. SULLIVAN, J., and GLENN A. NORTON, J.

*ORDER*

STATE of Missouri as next friend
of M.R.B., Plaintiff,

v.

E.M., Respondent,

and

B.B., Appellant.

No. ED 98039.

Missouri Court of Appeals,
Eastern District,
Division Four.

Dec. 18, 2012.

Craig G. Kallen, Town and Country, MO, for appellant.

Edward C. Clausen, Jefferson City, MO, for respondent.

Charles A. Hurth III, Union, MO, Guardian Ad Litem.

Before LAWRENCE E. MOONEY, P.J., PATRICIA L. COHEN, J., and KURT S. ODENWALD, J.

**ORDER**

PER CURIAM.

The mother, B.B., appeals the judgment entered by the Circuit Court of Franklin County changing the surname of her child, M.R.B., to the surname of the child's father, E.M. We have reviewed the parties' briefs and the record on appeal and find no error.

An opinion would have no precedential value. The parties have been provided with a memorandum, for their information only, setting forth the reasons for this decision.

We affirm the trial court's judgment. Rule 84.16(b)(1).